UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

THE ESTATE OF YARON UNGAR
by and through its Administrator,
David Strachman,

DVIR UNGAR, minor,
by his guardians and next friends,
YISHAI UNGAR, minor,
by his guardians and next friends,

PROFESSOR MEIR UNGAR,
JUDITH UNGAR, individually and in
their capacity as legal guardians of Petitioners
Dvir and Yishai Ungar,

RABBI URI DASBERG,
JUDITH DASBERG, in their capacity as legal
guardians of Petitioners Dvir and Yishai Ungar,

AMICHAI UNGAR,
DAFNA UNGAR

and

MICHAL COHEN

                Petitioners,

    v.

MORGAN STANLEY/
MORGAN STANLEY DW, INC.
1221 Avenue of the Americas 4th Fl.
New York, New York 10020,

REPUBLIC BANK OF NEW YORK (HSBC)/
HSBC BANK USA
452 Fifth Ave
New York, New York 10022,

ECF Case

Civil Action No.: 05 CIV 3710

**NOTICE OF PETITION**

1

CHASE BANK OF TEXAS—J.P. MORGAN CHASE & CO./
J.P. MORGAN CHASE BANK
270 Park Avenue
New York New York 10022,

CITIBANK/
CITIGROUP, INC.
425 Park Avenue
New York, New York 10043

and

THE HOLY LAND FOUNDATION
FOR RELIEF AND DEVELOPMENT
345 E. Railway Avenue
Patterson, New Jersey
                    Respondents.

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that on the annexed Petition of THE ESTATE OF YARON UNGAR by and through its Administrator David Strachman, DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, RABBI URI DASBERG, JUDITH DASBERG, in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN, the exhibits thereto and the Declaration of David J. Strachman in support thereof, an application will be made to the United States District Court for the Southern District of New York, at a motion term thereof to be held at the Courthouse thereof

located at 500 Pearl Street in the City of New York for a judgment granting the relief demanded in the petition.

Dated: New York, New York,
      April 11, 2005

                              Plaintiffs,
                              By their attorneys,

                              _____
                              Lee Squitieri
                              32 East 57th Street, 12th Floor
                              New York, NY 10022
                              (212) 421-6492
                              (212) 421-6553

                              David J. Strachman
                              McIntyre, Tate, Lynch & Holt
                              321 South Main Street, Suite 400
                              Providence, RI 02903
                              (401) 351-7700
                              (401) 331-6095