UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Ungar

-v.-

Morgan Stanley

: 05 Civ. 3710 (RWS)

:

:

:

-----------------------------------------------------------------X

Please be advised that the conference scheduled

for ___May 18, 05___ has been rescheduled to

___Sept 14, 05___ at ___4.30pm___ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

5-13-05

_____
ROBERT W. SWEET
United States District Judge