SWEET, S.

7/25/05

RECEIVED
JUL 1 3 2005
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
THE ESTATE OF YARON UNGAR, et al.,  :
                                    :    05 Civ. 3710 (RWS)
                    Petitioners,    :
                                    :
        - against -                 :    **STIPULATION**
                                    :
MORGAN STANLEY, et al.              :
                                    :
                    Respondents.    :
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties noted below that respondent Citibank's time to serve its answer, response and/or otherwise move with respect to the Petition Pursuant to CPLR 5225 and 5227 is extended until and including August 15, 2005.

Dated: New York, New York
       July 11, 2005

SQUITIERI & FEARON, LLP                           DAVIS WRIGHT TREMAINE, LLP

By: _____              By: _____
    Lee Squitieri, Esq. (LS 1684)             Sharon L. Schneier, Esq. (SLS 1151)
    32 East 57th Street, 12th Floor           1633 Broadway, 27th Floor
    New York, New York 10022                  New York, New York 10019
    (212) 421-6492                            (212) 489-8230

Attorneys for Petitioners                          Attorneys for Respondent Citibank N.A.

MCINTYRE, TATE, LYNCH & HOLT
David J. Strachman, Esq.
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700

Attorneys for Petitioners

SO ORDERED:

NYC 159535v1 67486-8

_____

HON. GEORGE B. DANIELS

JUL 2 2 2005