UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

THE ESTATE OF YARON UNGAR, by and
through its Administrator, David Strachman, DVIR
UNGAR, minor, by his guardians and next friends,
YISHAI UNGAR, minor, by his guardians and next
friends, PROFESSOR MEIR UNGAR and JUDITH
UNGAR, individually and in their capacity as legal
guardians of Petitioners Dvir and Yishai Ungar,
RABBI URI DASBERG and JUDITH DASBERG,
in their capacity as legal guardians of Petitioners
Dvir and Yishai Ungar, AMICHAI UNGAR,
DAFNA UNGAR and MICHAL COHEN,

        Petitioners,

  - against -

MORGAN STANLEY/MORGAN STANLEY DW,
INC., REPUBLIC BANK OF NEW YORK
(HSBC)/HSBC BANK USA, CHASE BANK OF
TEXAS-J.P. MORGAN CHASE & CO./J.P.
MORGAN CHASE BANK,
CITIBANK/CITIGROUP, INC., and THE HOLY
LAND FOUNDATION FOR RELIEF AND
DEVELOPMENT,

        Respondents.

---------------------------------------- x

JPMORGAN CHASE BANK, N.A.,

        Respondent-Stakeholder and
        Third-Party Petitioner,

  - against -

UNITED STATES OF AMERICA, THE HOLY
LAND FOUNDATION FOR RELIEF AND
DEVELOPMENT, THE ESTATE OF YARON
UNGAR, by and through its Administrator, David
Strachman, DVIR UNGAR, minor, by his guardians
and next friends, YISHAI UNGAR, minor, by his
guardians and next friends, PROFESSOR MEIR
UNGAR and JUDITH UNGAR, individually and in
their capacity as legal guardians of Petitioners Dvir
and Yishai Ungar, RABBI URI DASBERG and

05 Civ. 3710 (RWS)

RULE 7.1 STATEMENT



JUDITH DASBERG, in their capacity as legal      :
guardians of Petitioners Dvir and Yishai Ungar, :
AMICHAI UNGAR, DAFNA UNGAR and                  :
MICHAL COHEN,                                   :
        Third-Party Respondents-         :
        Adverse Claimants.               :
                                                :
------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for JPMorgan Chase Bank, N.A., and J.P. Morgan Chase & Co., private non-governmental parties, certifies that the publicly held corporate parents, subsidiaries or affiliates of such parties are:

        J.P. Morgan Chase & Co.

Dated: New York, New York
       August 4, 2005

DAVIS POLK & WARDWELL

By: _____
    James L. Kerr (JK-3900)

450 Lexington Avenue
New York, New York 10017
(212) 450-4552

Attorneys for Respondent-Stakeholder
and Third-Party Petitioner JPMorgan
Chase Bank, N.A. and for Respondent
J.P. Morgan Chase & Co.