Sweet, S.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

THE ESTATE OF YARON UNGAR, by and through its Administrator, David Strachman, DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR and JUDITH UNGAR, individually and in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, RABBI URI DASBERG and JUDITH DASBERG, in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN,

   Petitioners,

   - against -

MORGAN STANLEY/MORGAN STANLEY DW, INC., REPUBLIC BANK OF NEW YORK (HSBC)/HSBC BANK USA, CHASE BANK OF TEXAS-J.P. MORGAN CHASE & CO./J.P. MORGAN CHASE BANK, CITIBANK/CITIGROUP, INC., and THE HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT,

   Respondents.

---------------------------------x

05 Civ. 3710 (RWS)

STIPULATION AND ORDER

8/11/05

WHEREAS, the caption and the pleadings in the above-referenced proceeding have identified Chase Bank of Texas-J.P.Morgan Chase & Co./J.P.Morgan Chase Bank as respondents in the above-referenced turnover proceeding (the "JPMorgan Chase Respondents");



NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto that the time of the JPMorgan Chase Respondents, including JPMorgan Chase Bank, N.A., the successor by merger to Chase Bank of Texas and JPMorgan Chase Bank, to answer or move with respect to the turnover petition pursuant to CPLR §§ 5225 and 5227 herein is hereby extended without prejudice to and including August 4, 2005.

Dated: New York, New York
July 7, 2005

MCINTYRE, TATE, LYNCH & HOLT

By: _____  7/21/05
David J. Strachman (DS-9151)

321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (Fax)

Attorneys for Petitioners

DAVIS POLK & WARDWELL

By: _____
James L. Kerr (JK-3900)

450 Lexington Avenue
New York, New York 10017
(212) 450-4552
(212) 450-5577 (Fax)

Attorneys for Respondents JPMorgan Chase Bank, N.A. and J.P. Morgan Chase & Co.

SO ORDERED:

_____
U.S.D.J.
Part I Judge

2