UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

THE ESTATE OF YARON UNGAR
by and through its Administrator,
David Strachman,

DVIR UNGAR, minor,
by his guardians and next friends,
YISHAI UNGAR, minor,
by his guardians and next friends,

PROFESSOR MEIR UNGAR,
JUDITH UNGAR, individually and in
their capacity as legal guardians of Petitioners
Dvir and Yishai Ungar,

RABBI URI DASBERG,
JUDITH DASBERG, in their capacity as legal
guardians of Petitioners Dvir and Yishai Ungar,

AMICHAI UNGAR,
DAFNA UNGAR and

MICHAL COHEN,

    Petitioners,

  - against -

MORGAN STANLEY/
MORGAN STANLEY DW, INC.,
REPUBLIC BANK OF NEW YORK (HSBC)/
HSBC BANK USA,
CHASE BANK OF TEXAS-J.P. MORGAN
CHASE & CO./J.P. MORGAN CHASE BANK,
CITIBANK/CITIGROUP, INC., and
THE HOLY LAND FOUNDATION FOR
RELIEF AND DEVELOPMENT,

    Respondents.

-------------------------------------------------------------------------x

05 Civ. 3710 (RWS)

Rule 7.1 STATEMENT

------------------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A.,

        Respondent-Stakeholder and
        Third-Party Petitioner,

  - against -

UNITED STATES OF AMERICA, THE HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT, THE ESTATE OF YARON UNGAR, by and through its Administrator, David Strachman, DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR and JUDITH UNGAR, individually and in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, RABBI URI DASBERG and JUDITH DASBERG, in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN,

        Third-Party
        Respondents-Adverse
        Claimants.

------------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Morgan Stanley and Morgan Stanley DW Inc., private non-governmental parties, certifies that Morgan Stanley is a publicly held corporation trading under the symbol MWD and that Morgan Stanley DW Inc. is a wholly-owned subsidiary of Morgan Stanley.

Dated:     New York, New York
             August 15, 2005

KREBSBACH & SNYDER, P.C.

By: /s/ Victor A. Machcinski, Jr.
Victor A. Machcinski, Jr. (VM-3624)

One Exchange Plaza
55 Broadway, Suite 1600
New York, New York 10006
Tel: (212) 825-9811
Fax: (212) 825-9828

Attorneys for Respondents
Morgan Stanley and
Morgan Stanley DW, Inc.