Sharon L. Schneier (SS 1151)
Min Jung Lee (ML 9513)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Respondent Citibank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

THE ESTATE OF YARON UNGAR, by and
through its Administrator, David Strachman,
DVIR UNGAR, minor, by his guardians and next
friends, YISHAI UNGAR, minor, by his
guardians and next friends, PROFESSOR MEIR
UNGAR and JUDITH UNGAR, individually and
in their capacity as legal guardians of Petitioners
Dvir and Yishai Ungar, RABBI URI DASBERG
and JUDITH DASBERG, in their capacity as
legal guardians of Petitioners Dvir and Yishai
Ungar, AMICHAI UNGAR, DAFNA UNGAR
and MICHAEL COHEN,

                     Petitioners,

                - against -

MORGAN STANLEY/MORGAN STANLEY
DW, INC., 1221 Avenue of the Americas 4th Fl.
New York, New York 10020; REPUBLIC
BANK OF NEW YORK (HSBC)/HSBC BANK
USA, 425 Fifth Avenue, New York, New York
10022; CHASE BANK OF TEXAS-J.P.
MORGAN CHASE & CO./J.P. MORGAN
CHASE BANK, 270 Park Avenue, New York,
New York 10022; CITIBANK/CITIGROUP,
INC., 452 Park Avenue, New York, New York
10043 and THE HOLY LAND FOUNDATION
FOR RELIEF AND DEVELOPMENT, 345 E.
Railway Avenue, Patterson, New Jersey,

                     Respondents.

------------------------------------------------------------x

Case No. 05 Civ. 3710 (RWS)

RULE 7.1(a) DISCLOSURE
STATEMENT

NYC 160445v1 67486-8

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Respondent Citibank, N.A. by its counsel, states as follows: Citibank, N.A. is an indirect wholly-owned subsidiary of Citigroup, Inc., a publicly held company. No other publicly held company has an ownership interest of 10% or more in Citibank, N.A.

Dated: New York, New York
      August 15, 2005

DAVIS WRIGHT TREMAINE LLP

By: *Sharon Schneier*
Sharon L. Schneier (SS 1151)
Min Jung Lee (ML 9513)
1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Respondent Citibank, N.A.*

## CERTIFICATE OF SERVICE

I, Min Jung Lee, hereby certify that on the 15th day of August, 2005, I caused to be served by first class mail, a true and correct copy of the accompanying Rule 7.1(a) Disclosure Statement upon the following:

David J. Strachman, Esq.
McIntyere, Tate, Lynch & Holt
321 South Main Street
Suite 400
Providence, RI 02903
*Attorneys for Plaintiffs*

Lee Squitieri, Esq.
32 East 57th Street
12th Floor
New York, NY 10022
*Attorneys for Plaintiffs*

James L. Kerr, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
*Attorneys for Respondent-Stakeholder
and Third-Party Petitioner
JP Morgan Chase Bank, N.A. and
Respondent J.P. Morgan Chase & Co.*

_____
MIN JUNG LEE