UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

Ungar

   -v.-

Morgan Stanley

: 05civ.3710 (RWS)

-----------------------------------------------------------------------X

Please be advised that the conference scheduled

for  9-14-05  has been rescheduled to

  9-21-05  at  4:30pm  in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated:  New York, New York
        9-14-05

                                    _____
                                    ROBERT W. SWEET
                                    United States District Judge

9/14/05