

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
OCT - 3 2005
JUDGE SWEET CHAMBERS

86 Chambers Street, 3rd Floor
New York, New York 10007

October 3, 2005

**By Facsimile**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

10-4-05

Re: <u>Estate of Yaron Ungar v. Morgan Stanley, et al.</u>, 05 Civ. 3710 (RWS)

Dear Judge Sweet:

I write respectfully on behalf of the United States, named as a third-party respondent by JP Morgan Chase Bank ("JP Morgan"), respectfully to request a 45 day adjournment until November 21, 2005, to answer or otherwise move in response to the third-party complaint. I make this request in order to give the United States sufficient time to fully analyze the case and formulate its position. There have been no prior requests for an extension. Counsel for JP Morgan consents to the United States' request.

I thank the Court for its consideration of this request.

Respectfully,

MICHEL J. GARCIA
United States Attorney

By: *[signature]*
DANNA DRORI (DD-7690)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2689
Facsimile: (212) 637-2686

*So ordered*
*[signature] Sweet USDJ*
*10.3.05*

cc: James L. Kerr, Esq.
    David J. Strachman, Esq.
    Sharon L. Schneier, Esq.
    Victor A. Machcinski, Jr., Esq.