UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF YARON UNGAR, by and through its Administrator, David Strachman, DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR and JUDITH UNGAR, individually and in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, RABBI URI DASBERG and JUDITH DASBERG, in their capacity as legal guardians of Petitioners Dvir and Yishai Ungar, AMICHAI UNGAR, DAFNA UNGAR and MICHAL COHEN,

   Petitioners,

 - against -

MORGAN STANLEY/MORGAN STANLEY DW, INC., REPUBLIC BANK OF NEW YORK (HSBC)/ HSBC BANK USA, CHASE BANK OF TEXAS- J.P. MORGAN CHASE & CO./J.P. MORGAN CHASE BANK, CITIBANK/CITIGROUP, INC., and THE HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT,

   Respondents.

---

HSBC BANK USA, N.A.,

   Respondent-Stakeholder and
   Third-Party Petitioner,

 - against –

UNITED STATES OF AMERICA, THE HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT, THE ESTATE OF YARON UNGAR, by and through its Administrator, David Strachman, DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends,

**STATEMENT PURSUANT TO FED. RULE CIV.P.7.1**

Index No. 05 CIV 3710 (RWS)

PROFESSOR MEIR UNGAR and JUDITH UNGAR,
individually and in their capacity as legal guardians
of Petitioners Dvir and Yishai Ungar, RABBI URI
DASBERG and JUDITH DASBERG, in their capacity
as legal guardians of Petitioners Dvir and Yishai Ungar,
AMICHAI UNGAR, DAFNA UNGAR and
MICHAL COHEN,

    Third-Party Respondents-
    Adverse Claimants.

---

  Pursuant to Fed. Rule Civ. P. 71, defendant HSBC Bank USA, National Association states that it is a wholly-owned subsidiary of HSBC USA, Inc., which is indirectly owned by HSBC Holdings PLC. The shares of HSBC Holdings PLC are publicly traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American Depository Receipts.

Dated: November 17, 2005
    Buffalo, NY

            /s/ Tracy S. Woodrow (TW4559) and
            Scott D. Miller (SM0856)
            Attorneys for Respondent-Stakeholder
            and Third-Party Petitioner
            HSBC Bank USA, N.A.
            One HSBC Center – 27th Floor
            Buffalo, NY  14203
            (716) 841-4230/2293

ungar/Fed Rule P7 1