UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Ungar

-v.-

Morgan Stanley

-------------------------------------------------------------------X

05 Civ. 3710 (RWS)

11/22/05

Please be advised that the conference scheduled for Dec 7, 05 has been rescheduled to Jan 18, 06 at 4:30 pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
11/22/05

_____
ROBERT W. SWEET
United States District Judge