

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 16, 2005

RECEIVED
NOV 1 6 2005
JUDGE SWEET CHAMBERS

By Facsimile
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

11/22/05

Re:  **Estate of Yaron Ungar v. Morgan Stanley, et al.**, 05 Civ. 3710 (RWS)

Dear Judge Sweet:

    I write on behalf of the United States, named as a third-party respondent by JP Morgan Chase Bank ("JP Morgan"), respectfully to request an additional 45 day adjournment until January 9, 2006, to answer or otherwise move in response to the third-party complaint. I make this request because the Government is still in the process of formulating its position in this matter and requires additional time to complete its response. The Court granted one prior request by the Government for a 45-day extension. Counsel for JP Morgan consents to the United States' request.

    I thank the Court for its consideration of this request.

Respectfully,

MICHEL J. GARCIA
United States Attorney

By: _____
DANNA DRORI (DD-7690)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2689
Facsimile: (212) 637-2686

*So ordered*
*Sweet USDJ*
*11-16-05*

cc:  James L. Kerr, Esq.
     David J. Strachman, Esq.
     Sharon L. Schneier, Esq.
     Victor A. Machcinski, Jr., Esq.

TOTAL P.02