

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

BLOCKING NOTICE

DEC - 4 2001

FAC No. SDGT-197443

Holy Land Foundation for Relief and Development
525 International Parkway
Richardson, Texas 75081

Gentlemen:

You are hereby notified that Holy Land Foundation for Relief and Development ("Holy Land") has been designated pursuant to Presidential Executive Orders No. 13224 (66FR49079), issued on September 23, 2001, and No. 12947, issued on January 23, 1995 (60FR5079) (the "Orders"), and under the authorities granted by the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701-06 ("IEEPA").

This notice is also to inform you that pursuant to the Orders, all real and personal property of Holy Land, including but not limited to all offices, furnishings, equipment and vehicles, as well as all funds and accounts in which Holy Land has any interest, are blocked. All assets of Holy Land, including but not limited to bank, charge and investment accounts, securities, and safe deposit boxes at any financial institution located in the United States or organized under the laws of the United States, including their overseas branches, are blocked. Blocked property may not be transferred, withdrawn, exported, paid, or otherwise dealt in without prior authorization from OFAC.

All transactions involving property in which Holy Land has any interest, including any property of third parties in the possession or control of Holy Land, are prohibited without specific authorization from OFAC. As a consequence of this action, activities in, use of, and occupation of Holy Land offices, including this facility and each Holy Land office subject to United States jurisdiction, are hereby prohibited. All persons on these premises are directed to terminate all activities for or on behalf of Holy Land, and to leave the premises. No property may be removed from the premises other than property that is clearly the personal property of the individual requesting to remove such property from the premises. Persons who are unable to remove their personal belongings at this time must contact OFAC in writing at the following address to make arrangements to secure their belongings at a later date: U.S. Department of the Treasury, Office of Foreign Assets

FILED
MAR 8 2002
CLERK
U.S. DISTRICT COURT

EXHIBIT
A

Control, Attn: Chief of Enforcement, 1500 Pennsylvania Avenue, N.W. (Annex), Washington, D.C. 20220. Letters may be sent via facsimile to (202) 622-1657. Requests for specific licenses for payment of outstanding financial obligations owed by Holy Land, such as salary, rent and utility payments, among others, must also be made in writing to the above address.

Willful violations of IEEPA and of licenses and orders issued thereunder, including this Blocking Notice, are punishable by criminal penalties ranging up to 10 years in prison and/or fines up to $500,000 for corporations and up to $250,000 for individuals. Civil penalties of up to $11,000 per count may be imposed by OFAC.

Should you wish to seek a license to engage in any transaction involving blocked property, please refer to the licensing procedures set forth in §§ 501.801-802 of the Reporting and Procedures Regulations, 31 C.F.R. Part 501, (the "Reporting Regulations").

If it is believed that this designation is in error and Holy Land wishes to challenge it, a letter should be sent to the attention of the Director at the address indicated above. For further information, please refer to § 501.807 of the Reporting Regulations.

If you have any questions concerning this notification, please contact OFAC Chief of Enforcement at (202) 622-2430.

Sincerely,

R. Richard Newcomb
Director
Office of Foreign Assets Control

Served by OFAC Enforcement Officer ______________________ on the ______ day of December, 2001.

______________________ (Signature of Recipient)

______________________ (Printed Name and Title of Recipient)

Witnessed by: ______________________

COPY Doc# 162

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

THE ESTATES OF UNGAR, et al.,

Plaintiffs-Judgment Creditors,

-against-

THE PALESTINIAN AUTHORITY ~~HAMAS-ISLAMIC RESISTANCE MOVEMENT~~,

Defendant-Judgment Debtor,

---------------------------------------------------------X

Judgment Number; 04-1032

**ORDER**

Upon consideration of plaintiffs' application for the issuance of a writ of execution and for the reasons stated in the sworn declaration filed in support thereof, it is hereby

ORDERED that the clerk of the Court shall issue a writ of execution in the form attached hereto.

Dated:
August 30, 2004

SO ORDERED:

[signature]

Hon. Richard Conway Casey

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 04-1032 DOCKET NO.

THE PRESIDENT OF THE UNITED STATES OF AMERICA *To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that of the goods, chattels and other assets of HAMAS - Islamic Resistance Movement a/k/a Harakat Al-Muqawama Al-Islamiyya in your district, you cause to be made the total sum of one hundred sixteen million, four hundred nine thousand, one hundred and twenty three dollars and no cents ($116,409,123.00) which lately in the United States District Court for the District of Rhode Island, plaintiffs The Estate of Yaron Ungar (in the amount of $2,932,158.00), Dvir Ungar (in the amount of $30,488,482.50), Yishai Ungar (in the amount of $30,488,482.50), Judith Ungar (in the amount of $15,000,000.00), Meir Ungar (in the amount of $15,000,000.00), Michal Cohen (in the amount of $7,500,000.00), Amichai Ungar (in the amount of $7,500,000.00) and Dafna Ungar (in the amount of $7,500,000.00) ("Plaintiffs") recovered against HAMAS - Islamic Resistance Movement a/k/a Harakat Al-Muqawama Al-Islamiyya ("Defendant" or "Judgment Debtor"), in an action between the Plaintiffs and the Defendant, and said judgment was entered on February 11, 2004, in favor of the Plaintiffs and registered on the 1st day of June, in the year of 2004, in the United States District Court for the Southern District of New York, in the Second Circuit, as appears by the record filed in the Clerk's Office of the District Court for the Southern District of New York, and if sufficient personal property of the said Judgment Debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such Judgment Debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of District Court for the Southern District of New York.

Pursuant to §201 of the Terrorism Risk Insurance Act of 2002, Public Law 107-297; 116 Stat. 2322, this Writ shall also be effective to execute upon the goods, chattels and other assets of The Holy Land Foundation for Relief and Development a/k/a The Holy Land Foundation ("HLF") in satisfaction of Plaintiffs' judgment against the Defendant, and the phrase "*goods, chattels and other assets of HAMAS - Islamic Resistance Movement a/k/a Harakat Al-Muqawama Al-Islamiyya*" appearing herein shall therefore also include goods, chattels and other assets of the HLF.

WITNESS, the Honorable Michael B. Mukasey, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the day of in the year of our Lord , and of the Independence of the United States the two hundred twenty-seventh year.

*(year)*

CLERK

United States District Court
SOUTHERN DISTRICT OF NEW YORK

-against

EXECUTION AGAINST PROPERTY

Attorney for

Borough of Manhattan
City of New York

To the Marshal
You will levy and collect

Dollars

and

cents,

with interest from the

day of

besides your fees, etc.

---

*Attorney*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 23 2004
CLERK, U.S. DISTRICT COURT
By ______
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JENNY RUBIN, et al., Plaintiffs, | Civil Action No. 2:03-MC-014-J |
| v. | |
| THE ISLAMIC REPUBLIC OF IRAN, et al., Defendants. | |

**NOTICE OF THE UNITED STATES**

In response to the Court's Order of September 24, 2004, the United States of America hereby respectfully informs the Court that, under the current legal framework, the United States is not in a position to interpose any objection to the seizure and sale of the property at issue in these proceedings, i.e., the property located at 4904 21st Street, Lubbock, Texas.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

RICHARD B. ROPER
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

R Bhattacharyya

RUPA BHATTACHARYYA (VA#38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3146
Fax: (202) 318-7593
rupa.bhattacharyya@usdoj.gov

Dated: November 22, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, a copy of the foregoing Notice of the United States was sent by facsimile and U.S. mail, first class, postage prepaid, addressed as follows:

**David J. Strachman, Esq.**
McIntyre Tate Lynch & Holt
321 South Main St
Suite 400
Providence, RI 02903
401/351-7700
Fax: 401/331-6095

**Stewart R. Werner, Esq.**
Werner Law Offices
801 S Fillmore
Suite 720
Amarillo, TX 79101
806/342-5480
Fax: 806/342-5302

RBhattacharyya

RUPA BHATTACHARYYA
Senior Trial Counsel, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3146
Fax: (202) 318-7593
rupa.bhattacharyya@usdoj.gov



DE. RTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

LICENSE No. SDGT-53

Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten To Commit, Or Support Terrorism

DIRECTIVE LICENSE

(Granted under the authority of 50 U.S.C. §§ 1701 *et seq.*, 22 U.S.C. § 287c, Executive Order 13224, and 31 C.F.R. Part 501.)

To: **EG&G Technical Services, Inc.**
**c/o U.S. Customs Service Support**
**7845 Ashton Avenue**
**Manassas, VA 20109**

**Federal Bureau of Investigation**

1. Based on information available to the Office of Foreign Assets Control, the transactions and activities delineated on the reverse hereof are hereby authorized.

2. This License is granted based on information available to the Treasury Department, and is subject to the condition, among others, that the Licensee(s) comply in all respects with all regulations, rulings, orders and instructions issued by the Secretary of the Treasury under the authority of the International Emergency Economic Powers Act (50 U.S.C. §§ 1701 *et seq.*), the National Emergencies Act (50 U.S.C. §§ 1601 *et seq.*), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. § 287c), section 301 of title 3 of the United States Code, and the terms of this License.

3. The Licensee(s) shall furnish and make available for inspection any relevant information, records, or reports requested by the Secretary of the Treasury, or any other duly authorized officer or agency.

4. This License is not transferable and is subject to the provisions of Executive Order 13224 of September 23, 2001, and 31 C.F.R. Part 501, and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time at the discretion of the Secretary of the Treasury.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control or another agency (including reporting requirements) applicable to the transactions herein licensed, nor does it release the Licensee(s) or third parties from civil or criminal liability for violation of any law or regulation.

Issued by direction and on behalf of the Secretary of the Treasury:

OFFICE OF FOREIGN ASSETS CONTROL

By Loren L. Dohm, Deputy Director
acting for **R. Richard Newcomb**
**Director**
4/09/02

Attention is directed to 18 U.S.C. § 1001 and 50 U.S.C. § 1705 for provisions relating to penalties.

**SECTION 1 - AUTHORIZATION:** EG&G Technical Services, Inc. ("EG&G") is hereby authorized to permit agents of the Federal Bureau of Investigation (the "FBI" and, together with EG&G, the "Licensees") access to the property of the Holy Land Foundation for Relief and Development, in EG&G's possession by authority of Office of Foreign Assets Control License No. SDGT-7, and stored at the locations specified in the Attachment to this License. EG&G is further authorized to permit the FBI agents to examine, review, copy, and remove any such property, for such period of time as may be necessary, in furtherance of a criminal search warrant.

**SECTION 2 –RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. 501.601 and 501.602.

**SECTION 3 – PRECEDENCE:** This license is issued on a nonprecedential basis.
*************************************************************************************

ATTACHMENT TO LICENSE NUMBER SDGT-53



**Location of Property:**

**Suburban/United** - 1201 Allanson, Mundelein, IL

**Inventory Dynamics** – 11025 Switzer Ave., Dallas, TX

**Messinger Trucking** – 84–132 Lockwood Street, Newark, NJ

**GJS Warehouse** - 2191 Main St., San Diego, CA



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

LICENSE No. SDGT-382

## Blocking Property and Prohibiting Transactions with Persons who Commit, Threaten to Commit, or Support Terrorism

## LICENSE

(Granted under the authority of 50 U.S.C. §§ 1701 *et seq.*, 22 U.S.C. § 287c, Executive Orders 12947 and 13224, and 31 C.F.R. Parts 501, 594 and 595.)

**United States Department of Justice**
**Counterterrorism Section**
**Att'n: Barry Sabin**

1. Based on information available to the Office of Foreign Assets Control (the "Application") the transactions and activities delineated on the reverse hereof are hereby authorized.

2. This License is granted upon the statements and representations made in the Application, or otherwise filed with or made to the Treasury Department as a supplement to the Application, and is subject to the condition, among others, that the Licensee(s) comply in all respects with all regulations, rulings, orders and instructions issued by the Secretary of the Treasury under the authority of the International Emergency Economic Powers Act (50 U.S.C. §§ 1701 *et seq.*), the National Emergencies Act (50 U.S.C. §§ 1601 *et seq.*), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. § 287c), section 301 of title 3 of the United States Code, Executive Orders 12947 of January 23, 1995 and 13224 of September 23, 2001, and the terms of this License.

3. The Licensee(s) shall furnish and make available for inspection any relevant information, records, or reports requested by the Secretary of the Treasury or any other duly authorized officer or agency.

4. This License is not transferable, and is subject to the provisions of Executive Orders 12947 of January 23, 1995 and 13224 of September 23, 2001, and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time at the discretion of the Secretary of the Treasury.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control or another agency (including reporting requirements) applicable to the transactions herein licensed, nor does it release Licensee(s) or third parties from civil or criminal liability for violation of any law or regulation.

Issued by direction and on behalf of the Secretary of the Treasury:

OFFICE OF FOREIGN ASSETS CONTROL

By [signature] SEP 23 2004
R. Richard Newcomb
Director

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705 and 31 C.F.R. § 594.701 for provisions relating to penalties.

LICENSE No. SDGT-382



**SECTION I – AUTHORIZATION:** The United States Department of Justice is hereby authorized to pursue criminal forfeiture of the assets of the Holy Land Foundation for Relief and Development ("HLF"), blocked pursuant to the designation of HLF as a Specially Designated Terrorist ("SDT") and a Specially Designated Global Terrorist ("SDGT") under, *inter alia*, the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. §§ 1701 *et seq.*, and Executive Orders 12947 of January 23, 1995 and 13224 of September 23, 2001 (the "Blocked Assets"). This authorization includes the pursuit of restraining orders necessary to preserve the status of the Blocked Assets prior to their forfeiture or other final disposition.

**SECTION II - REPORTING REQUIREMENTS:** Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. 501.601 and 501.602, including the requirement to maintain records concerning the transactions undertaken pursuant to this License for a period of five years.

***********************************************************************************