# ATTACHMENT A

Holy Land Foundation Accounts:

| BLOCKING BANK | | ACCOUNT NUMBER |
|---|---|---|
| Morgan Stanley<br>New York, NY | | 115020379 |
| Morgan Stanley - Discover Merchant payment | | 601101755229737 |
| Fidelity<br>Boston, MA | | 67287881 |
| Hudson United Bank<br>Mahwah, NJ | New account consolidating balances | 4800585611<br>0220001581<br>0220001578<br>2640001218<br>4741822543 |
| Bank of America - San Diego | | 2467302215<br>2467402205 |
| Bank of America - Texas | | 004793910131 |
| Bank of America - Florida<br>all Bank of America accounts handled out of Concord, CA | | 003871555929 |
| Chase Bank of Texas<br>all Chase accounts handled out of New York, NY | | 36006302467<br>36006302475 |
| Standard Bank and Trust<br>Hickory Hills, IL | New account consolidating balances | 5402299001<br>5400954003<br>5400955000 |
| Saturna Capital<br>Bellingham, WA | | 12707-0011<br>12707-0010<br>Retirement accounts |
| North American Islamic Trust<br>Burr Ridge, IL | | 76352<br>76343 |
| MSI Housing Fund<br>Houston, TX | | HF-109 |
| Citibank<br>all Citibank accounts handled out of New York, NY | Akin-Gump Escrow | 15118754 |
| Republic National Bank of NY (HSBC)<br>New York, NY | | 668033509 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 3:04-CR-240-G |
| | § |
| HOLY LAND FOUNDATION FOR | § |
| RELIEF AND DEVELOPMENT (1) | § |
| also known as the "HLF" | § |
| SHUKRI ABU BAKER (2) | § |
| MOHAMMAD EL-MEZAIN (3) | § |
| GHASSAN ELASHI (4) | § |
| HAITHAM MAGHAWRI (5) | § |
| AKRAM MISHAL (6) | § |
| MUFID ABDULQADER (7) | § |
| ABDULRAHAM ODEH (8) | § |

## POST-INDICTMENT RESTRAINING ORDER

The United States has made an *ex parte* application to this Court, pursuant to 21 U.S.C. § 853(e)(1)(A), for a restraining order to preserve the availability of certain property that is subject to forfeiture in the above-styled criminal action. Upon consideration of the Government's application and the indictment of the HLF, it appears to the Court that there is reasonable cause to enter a restraining order to preserve the subject property based upon the following:

1. That a federal grand jury of this district has returned an indictment against the HLF and others on charges of money laundering, in violation of 18 U.S.C. § 1956. Furthermore, the indictment alleges criminal forfeiture under 18 U.S.C. § 982 of certain property identified in Attachment A of the Government's application, in addition to other property, in which the HLF holds an interest. Attachment A of the Government's application is hereby incorporated as part of this Restraining Order.

2. That the federal grand jury's indictment of the HLF establishes sufficient probable cause for the issuance of this Restraining Order.

3. That in the event the HLF is convicted of the charges alleged in the indictment, the subject property would be subject to forfeiture under 18 U.S.C. § 982.

4. That the need to preserve the availability of the subject property through the entry of the order requested herein outweighs the hardship on any party against whom the order is to be entered.

5. That any third party claims to the subject property may be properly brought and resolved in ancillary proceedings conducted by this Court following the execution of a Preliminary Order of Forfeiture in accordance with the provisions of federal forfeiture law.

THEREFORE, IT IS HEREBY ORDERED AND DECREED:

That, effective immediately, the HLF, its agents, servants, employees, attorneys, family members and those persons in active concert or participation with the HLF, and those persons, financial institutions, or other entities who have any interest or control over the subject property are hereby

RESTRAINED, ENJOINED AND PROHIBITED, without prior approval of this Court, and upon notice to the United States and an opportunity for the United States to be heard, from attempting or completing any action that would affect the availability, marketability or value of said property, including but not limited to selling, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of the property identified in governments Attachment A to its application.

IT IS FURTHER ORDERED that any financial institutions holding any accounts subject to this Order shall take no offsets against such accounts. They shall continue to credit

any deposits, interest, dividends, or other credits to such accounts in the normal course of business, and such deposits, interest, dividends, and other credits shall be subject to this Order. In addition, upon receiving notice of this Order, each financial institution shall promptly inform the Government as to the account balances at the time of notice, and shall thereafter supplement such information by reporting to the Government any changes to the accounts, and by responding promptly to requests by the Government for information on the accounts' current status.

IT IS FURTHER ORDERED that the United States or any Subject of this Order may seek modifications of this Order if it is deemed necessary by them to preserve their interest in the subject property.

IT IS FURTHER ORDERED that any Subject of this Order shall be permitted to execute a satisfactory performance bond pursuant to 21 U.S.C. § 853(e)(1) as an alternative to the restraint of the subject property. After notice to the United States and an opportunity to be heard, the Court shall determine whether any proposed bond is a satisfactory performance bond.

IT IS FURTHER ORDERED that the U.S. Marshal or the Secretary of Treasury, or their designee, shall promptly serve a copy of this Restraining Order upon the HLF and the institutions identified in the incorporated Attachment A to the Government's application, and shall a make a return thereon reflecting the date and time of service.

THIS RESTRAINING ORDER shall remain in full force and effect until further order of this Court.

DONE this the ___24___ day of ___September___, 2004.

_____
A. Joe Fish
Chief United States District Judge

## ATTACHMENT A

| Holy Land Foundation Accounts: | | |
|---|---|---|
| **BLOCKING BANK** | | **ACCOUNT NUMBER** |
| Morgan Stanley<br>New York, NY | | 115020379 |
| Morgan Stanley - Discover Merchant payment | | 601101755229737 |
| Fidelity<br>Boston, MA | | 67287881 |
| Hudson United Bank<br>Mahwah, NJ | New account consolidating balances | 4800585611<br>0220001581<br>0220001578<br>2640001218<br>4741822543 |
| Bank of America - San Diego | | 2467302215 |
| Bank of America - Texas | | 2467402205 |
| Bank of America - Florida | | 004793910131 |
| all Bank of America accounts handled out of Concord, CA | | 003871555929 |
| Chase Bank of Texas<br>all Chase accounts handled out of New York, NY | | 36006302467<br>36006302475 |
| Standard Bank and Trust<br>Hickory Hills, IL | New account consolidating balances | 5402299001<br>5400954003<br>5400955000 |
| Saturna Capital<br>Bellingham, WA | | 12707-0011<br>12707-0010<br>Retirement accounts |
| North American Islamic Trust<br>Burr Ridge, IL | | 76352<br>76343 |
| MSI Housing Fund<br>Houston, TX | | HF-109 |
| Citibank<br>all Citibank accounts handled out of New York, NY | Akin-Gump Escrow | 15118754 |
| Republic National Bank of NY (HSBC)<br>New York, NY | | 668033509 |

United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>THE ESTATE OF UNGAR | COURT CASE NUMBER<br>M 18-302 |
| DEFENDANT<br>THE PALESTINIAN AUTHORITY | TYPE OF PROCESS<br>WRIT OF EXEC. |

SERVE ► NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHASE BANK OF TEXAS, J.P. MORGAN CHASE CO.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 270 PARK AVENUE N.Y. N.Y.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lee Squitieri
Squitieri & Fearn LLP
32 East 57th Street, 12th Fl.
NY NY 10022

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Levy and execute on account of:
"THE HOLYLAND FOUNDATION FOR RELIEF AND DEVELOPMENT a/k/a
THE HOLY LAND FOUNDATION". ACCT #S 3600630 2467
                                    3600630 2475

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 212-421-6492   DATE: 9.01.04

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | P3 | No. 52 | No. 52 | | 9/1/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time
9/1/04 | 4:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 4.00 | | 49.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

SEP-07-2004 01:52    P.02

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE ESTATE OF UNGAR | M-18-302 |
| DEFENDANT | TYPE OF PROCESS |
| THE PALESTINIAN AUTHORITY | WRIT OF EXEC |

SERVE ► NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REPUBLIC BANK OF NY (HSBC)

AT   ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
452 Fifth Ave, N.Y. N.Y. 10018

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lee Squitieri
Squitieri & Fearon LLP
32 East 57th Street, 12th Fl.
NY NY 10022

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Levy and execute on monies held for "The Holy Land Foundation for Relief and Development a/k/a The Holy Land Foundation"
Account # 6680335

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 212-421-6492
DATE: 9/1/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 52 | No. 52 | | 9/1/04 |

Name and title of individual served (if not shown above):
James Hart

Date of Service: 9-2-04   Time: 11:05 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 2.50 | | 47.50 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

SEP-07-2004 01:52                                                                              P.03

**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>THE ESTATE OF UNGAR | COURT CASE NUMBER<br>M18-302-8901 |
| DEFENDANT<br>THE PALESTINIAN AUTHORITY | TYPE OF PROCESS<br>WRIT OF EXEC. |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MORGAN STANLEY

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1221 Ave. of THE AMERICAS 4th Floor N/N/York

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lee Squitieri
Squitieri Fearon...
32 East 57th Street...
N.Y. N.Y. 10022

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Levy and execute... as of...
... Holy Land Foundation for Relief and Development
a/k/a The Holy Land Foundation;
Account # 115020379

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 212-421-6492
DATE: 9.01.04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 52 | No. 51 | | 9/1/04 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
D. Schmitt (Atty.)

Address (complete only if different than shown above):

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9-2-04   Time: 11:... pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 15.00 | 2.72 | | 17.72 | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED               3. NOTICE OF SERVICE               FORM USM-285 (Rev. 12/15/80)