

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

December 28, 2005

By Facsimile
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

   Re:  <u>Estate of Yaron Ungar v. Morgan Stanley, et al.</u>, 05 Civ. 3710 (RWS)

Dear Judge Sweet:

   I write on behalf of the United States, named as a third-party respondent by JP Morgan Chase Bank ("JP Morgan"), respectfully to request an additional 45 day adjournment, from January 9 until February 24, 2006, to answer or otherwise move in response to the third-party complaint. I make this request both because the Government continues to formulate its position in this matter and because the press of business in December prevented me from working on the Government's response. The Court granted two prior requests by the Government for a 45-day extension. Counsel for JP Morgan consents to the United States' request.

   I thank the Court for its consideration of this request.

                 Respectfully,

So ordered
Robert W Sweet USDJ
1-4-06

                MICHEL J. GARCIA
                United States Attorney

          By: /s/ Danna Drori
             DANNA DRORI (DD-7690)
             Assistant United States Attorney
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             Telephone: (212) 637-2689
             Facsimile: (212) 637-2686

cc: James L. Kerr, Esq.
   David J. Strachman, Esq.
   Sharon L. Schneier, Esq.
   Victor A. Machcinski, Jr., Esq.

1/6/06

TOTAL P.02