CHASE BANK OF TEXAS—J.P. MORGAN CHASE & CO./
J.P. MORGAN CHASE BANK
270 Park Avenue
New York New York 10022,

CITIBANK/
CITIGROUP, INC.
425 Park Avenue
New York, New York 10043

and

THE HOLY LAND FOUNDATION
FOR RELIEF AND DEVELOPMENT
345 E. Railway Avenue
Patterson, New Jersey

                           Respondents

-----------------------------------------------------------------------X



05cv.3710(RWS)

**ORDER**

The Plaintiffs' Motion for the Admission of David J. Strachman pro hac vice is hereby granted.

_____
United States District Judge

Dated: _____1·30_____, 2006

