AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Estate of Yaron Ungar, et al.

v.

Morgan Stanley, et al.

**APPEARANCE**

Case Number: 05-Civ-3710(RSW)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the Plaintiffs

I certify that I am admitted to practice in this court.

February 2, 2006
Date

Signature

David J. Strachman, pro hac vice
Print Name                                Bar Number

321 South Main St., Ste. 400
Address

Providence, RI 02903
City                        State         Zip Code

(401) 351-7700              (401) 331-6095
Phone Number                                Fax Number