From:

03/03/2006 14:00 #288 P.002/002

Mar-6. 23 1:31 From- T-847 P.001/001 F-103

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ESTATE OF YARON UNGAR, et al.,

               Plaintiff(s)

-against-

MORGAN STANLEY/MORGAN STANLEY DW, INC.,
et al.,

               Defendant(s).
----------------------------------------X

Docket No. 05 CV 03710 (RWS)

CONSENT TO
CHANGE ATTORNEY

IT IS HEREBY CONSENTED THAT

JAROSLAWICZ & JAROS, ESQS.
150 WILLIAM STREET
NEW YORK, NEW YORK 10038

be substituted as attorneys of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: New York, New York
March 2, 2006

X _____
David Strachman as Administrator of
The Estate of Yaron Ungar, et al

OLIMPIO LEE SQUITIERI
By: _____

JAROSLAWICZ & JAROS, ESQS.
By: _____
    Robert J. Tolchin

STATE OF RHODE ISLAND )
                         ) ss:
COUNTY OF PROVIDENCE )

On the 2nd day of March, 2006, before me personally came David Strachman to me known, and known to me to be the same person(s) described in and who executed the foregoing consent and acknowledged to me that he executed the same.

_____
Notary Public