B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

| COURT | UNITED STATES DISTRICT COURT |
|---|---|
| COUNTY OF | FOR THE SOUTHERN DISTRICT OF NEW YORK |

THE ESTATE OF YARON UNGAR, BY AND THROUGH ITS ADMINISTRATOR, DAVID STRACHMAN, ET AL
~~Plaintiff(s)~~ PETITIONERS,

against

MORGAN STANLEY/MORGAN STANLEY DW, INC., ET AL
RESPONDENTS. ~~Defendant(s)~~

Index No. 05 CIV. 3710(RWS)

**AFFIDAVIT OF SERVICE OF SUMMONS** ~~(AND COMPLAINT)~~
IN A CIVIL CASE, RULE 7.1 STATEMENT ANSWER AND THIRD-PARTY PETITION ALLEGING A CLAIM IN THE NATURE OF INTERPLEADER

STATE OF ~~NEW YORK~~ NEW MEXICO, COUNTY OF BERNALILLO SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 5509 Camino Sandia, NE Albuquerque, NM 87111
That on August 12, 2005 at 4:15P M., at 20 First Plaza, Ste 700 Albuquerque, NM 87103 deponent served the within summons, ~~and complaint~~ on THE HOLY LAND FOUNDATION FOR defendant therein named,
IN A CIVIL CASE, RULE 7.1 STATEMENT, ANSWER RELIEF AND DEVELOPMENT
AND THIRD-PARTY PETITION ALLEGING A CLAIM
IN THE NATURE OF INTERPLEADER

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof. John Byrd

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to                                                                                   a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                                                                   and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 8-17-05

*Amelia Sisneros*

OFFICIAL SEAL
AMELIA SISNEROS
Notary Public
State of New Mexico
Commission Expires 5/18/09

*Tony Sisneros*
PRINT NAME BENEATH SIGNATURE

License No. 5509-1

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE ESTATE OF YARON UNGAR
                             PETITIONERS,
    -AGAINST-

MORGAN STANLEY/MORGAN STANLEY DW, INC.,
                                RESPONDENTS.
-----------------------------------------------------------------X

IND.#05CIV.3710(RWS)
AFFIDAVIT OF
ATTEMPTED
SERVICE

State of New York
                  ss:
County of New York

      I, Peter Feldman, being duly sworn depose and state that I am a licensed process server being license number 797824. I am not a party in this action and I am over the age of eighteen years.

      At the request of the law firm of Davis, Polk & Wardwell, I was asked to serve a Summons In a Civil Case, Rule 7.1 Statement, Answer and Third-Party Petition Alleging A Claim In The Nature of Interpleader upon The Holy Land Foundation for Relief and Development at 345 E. Railway Avenue, Paterson, New Jersey 07503.

      On 08/11/05, I went to the given address and found a new business called Sahara Restaurant and Bakery. I spoke to an employee/waitress in the restaurant who told me that the Holy Land Foundation has been out of business for a few years.

      I was unable to serve the Summons In a Civil Case, Rule 7.1 Statement, Answer and Third-Party Petition Alleging A Claim In The Nature of Interpleader upon The Holy Land Foundation for Relief and Development at 345 E. Railway Avenue, Paterson, New Jersey 07503 because they are no longer at the given address.

                                                      Peter Feldman #797824

Sworn to before me on this

22nd day of August, 2005

IRVING BOTWINICK
Notary Public, State of New York
No. 01BO4657147
Qualified in Rockland County
Commission Expires Oct. 31 2005

# AFFIDAVIT OF DUE DILIGENCE

| | | |
|---|---|---|
| **State of New York** | **County of Southern** | **U S D C Court** |

Index Number: 95CV3710(RWS)
Date Filed: _____

PLAINTIFF:
**The Estate of Yaron Ungar, et al.,**

vs.

DEFENDENT:
**Morgan Stanley/Morgan Stanley DW, Inc., et al.,**

Received by SERVING BY IRVING on the 12th day of August, 2005 at 8:40 am to be served on **THE HOLY LAND FOUNDATION, 9250 S. Harlem Avenue, Bridgeview, IL**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **12th day of August, 2005** at **12:00 pm, I:**

**NON SERVED**: Discontinued attempting service of the **SUMMONS IN A CIVIL CASE** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
Defendant not at given address.

I am over the age of 18 and have no interest in the above action.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Robert C. Regalado - Process Server
Agency Lic. # 117-001132

Subscribed and Sworn to before me on the 19th day of August, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

**SERVING BY IRVING**
**Woolworth Building**
**233 Broadway, Ste 2201**
**New York, NY  10279**
**(212) 233-3346**
Our Job Serial Number: 2005001627

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

**COURT** UNITED STATES DISTRICT COURT
**COUNTY OF** FOR THE SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF YARON UNGAR, BY AND THROUGH ITS
ADMINISTRATOR, DAVID STRACHMAN, ET AL
PETITIONERS, ~~Plaintiff(s)~~
against
MORGAN STANLEY/MORGAN STANLEY DW, INC., ET AL
RESPONDENTS. ~~Defendant(s)~~

*Index No.* 05 CIV. 3710(RWS)

*AFFIDAVIT OF SERVICE OF SUMMONS* ~~(AND COMPLAINT)~~
IN A CIVIL CASE, RULE 7.1 STATEMENT ANSWER AND THIRD-PARTY PETITION ALLEGING A CLAIM IN THE NATURE OF INTERPLEADER

STATE OF ~~NEW YORK~~ CALIFORNIA, COUNTY OF         SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at

That on         at         M., at
deponent served the within summons, ~~and complaint~~ on         THE HOLY LAND FOUNDATION FOR   defendant therein named,
IN A CIVIL CASE, RULE 7.1 STATEMENT, ANSWER         RELIEF AND DEVELOPMENT
AND THIRD-PARTY PETITION ALLEGING A CLAIM
IN THE NATURE OF INTERPLEADER

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to         a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☒ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other  See attached Not Found Return Report

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at         and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at         in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
5/12/05

STEVE BUBEL
Commission # 1440206
Notary Public - California
San Diego County
My Comm. Expires Sep 19, 2007

...................................................
PRINT NAME BENEATH SIGNATURE

License No. ..................

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

Ref. No.       : 0996358-01
Atty. File No. : 05 CIV. 3710(RWS)

UNITED STAES DISTRICT COURT FOR THE SOUTHERN
SOUTHERN DISTRICT JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : THE ESTATE OF YARON UNGAR | Case No.: 05 CIV. 3710 (RWS) |
| DEFENDANT | : MORGAN STANLEY | **NOT FOUND RETURN** |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action.

I received the within process on 08/11/05. After due and diligent effort I have been unable to effect personal service on the within named

   THE HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT
   SERVE AUTHORIZED AGENT

at

12798 RANCHO PENASQUITOS BLV SUITE F, SAN DIEGO CA 92128  (Business)

Dates and times of attempts are as follows:

   08/12/05 11:15A  Attempted service at the business address;
                    address is now "Sam's Dental Lab" they have
   08/12/05         been there for 1 1/2 years ph # 858-538-6040.
   08/12/05 12:30P  Cancel & return


Person serving:
   ERIC J. TALBOT

                                          Registered California Process server
                                          Registration No.:  0883
                                          County: SAN DIEGO, CA


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 12, 2005                Signature: _____
                                                ERIC J. TALBOT

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF YARON UNGER, et al,

    Petitioners,

    V.

SUMMONS IN A CIVIL CASE

Case No. 05 CV. 3710 (RWS)

MORGAN STANLEY/MORGAN STANLEY DW, INC., et al,

    Respondents,

    V.

JPMORGAN CHASE BANK, N.A.,

    Respondent-Stakeholder and
    Third-Party Petitioner,

    V.

UNITED STATES OF AMERICA, THE HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT, THE ESTATE OF YARON UNGAR, et al,

    Third Party Respondents-
    Adverse Claimants,

## AFFIDAVIT OF ATTEMPTED SERVICE

    I, James L. Barns, having been first duly sworn do state that:

    Upon penalty of perjury, I attest that the forgoing instrument has been executed by me in this cause pursuant to the Rules of Civil Procedure. I am over the age of eighteen years old and I am not a party to this suit, nor have any interest in the out come of the suit.

    That on August 9, 2005 at 10:30 A.M., I received true copies of a Summons In A Civil Case, Complaint, Rule 7.1 Statement, Answer And Third Party-Petition Alleging A Claim In The Nature Of Interpleader to be delivered to The Holy Land Foundation 525 International Parkway, Suite 509 Richardson, Texas 75081.

1

    That on August 9, 2005 at 11:10 A.M., I found that I could not deliver true copies of the Summons In A Civil Case, Complaint, Rule 7.1 Statement, Answer And Third Party-Petition Alleging A Claim In The Nature Of Interpleader to The Holy Land Foundation 525 International Parkway, Suite 509 Richardson, Texas 75081. The Holy Land Foundation is not located at the address given. I found a company called SKP FSB now occupies the suite. I found that The Holy Land Foundation has not occupied the suite for a year or two.

Military Service: \_\_\_ I asked the person spoken to, whether defendant was in active military service of the United States or of the State of Texas in any capacity whatever and received a negative reply.
    \_\_\_ Recipient wore ordinary civilian clothes and no military uniform.
    \_\_\_ The source of my information and the grounds of my belief are the conversations and or observations above narrated.
    \_\_\_ Upon information and belief, I aver that the recipient is not in the military service of the State of Texas or of the United States of America as that term is defined in either the State or in the Federal statue.

_ Description:

| Sex | Color | Hair | Approximate Age | Height | Weight |
|---|---|---|---|---|---|
| _ Male | _ White Skin | _ Black Hair   _ Balding | _ 14-20 Yrs. | _ Under 5' | _ Under 100 Lbs. |
| _ Female | _ Yellow Skin | _ Blond Hair   _ Mustache | _ 21-35 Yrs. | _ 5'0"-5"3" | _ 100-130 Lbs. |
|  | _ Brown Skin | _ Gray Hair    _ Beard | _ 36-50 Yrs. | _ 5'4"-5'8" | _ 131-160 Lbs. |
|  | _ Red Skin | _ Brown Hair   _ White Hair | _ 51-65 Yrs. | _ 5'9"-6'-0" | _ 161-200 Lbs. |
|  | _ Black Skin | _ Bald No Hair _ Red Hair | _ Over 65 Yrs. | _ Over 6' | _ Over 200 Lbs. |

    Further the Affiant says not.

_____
AFFIANT

    SUBSCRIBED AND SWORN TO BY, James L. Barns, on this the 10th day of August 2005, to attest witnesses my hand and seal of office.

_____
Notary Public in and for
the State of Texas

DIXIE COMSTOCK
MY COMMISSION EXPIRES
January 3, 2007

2