

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

May 24, 2006

By Facsimile
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re: **Estate of Yaron Ungar v. Morgan Stanley, et al.**, 05 Civ. 3710 (RWS)

Dear Judge Sweet:

    At the Government's request, the Court previously stayed the above-referenced action until May 26, 2006, which was the date upon which a mandate was to issue in the Fifth Circuit in United States v. Holy Land Foundation, No. 04-11282, provided that the Government did not file a petition for rehearing en banc. I write now respectfully to inform the Court that the Government last week filed a timely petition for rehearing en banc and that the Fifth Circuit this week ordered the Ungars to respond to the Government's petition by June 2, 2006.

    As explained in more detail at both court conferences and in this Office's letter of April 10, 2006, the decision in the Fifth Circuit may directly impact the arguments the Government makes in this case. Accordingly, I respectfully request that the Court continue the stay in this matter until twenty days after the Fifth Circuit has acted on the Government's petition, at which time this Office will promptly notify the Court as to the status of the petition and request an additional stay if necessary.

    I thank the Court for its consideration of this request.

Respectfully,

MICHEL J. GARCIA
United States Attorney

By: *Danna Drori*
DANNA DRORI (DD-7690)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2689
Facsimile: (212) 637-2686

*So ordered*
*Robert W. Sweet USDJ*
*5.24.06*

cc: <u>By Facsimile</u>
James L. Kerr, Esq.
Victor A. Machcinski, Jr., Esq.
Sharon L. Schneier, Esq.
David J. Strachman, Esq.