—

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

November 15, 2006

**RECEIVED NOV 1 5 2006 JUDGE SWEET CHAMBERS**

**By Facsimile**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re: **Estate of Yaron Ungar v. Morgan Stanley, et al., 05 Civ. 3710 (RWS)**

Dear Judge Sweet:

    At the Government's request, the Court previously stayed the above-referenced action until twenty days after the Fifth Circuit acted on the Government's petition for a rehearing en banc in United States v. Holy Land Foundation, No. 04-11282. At that time, this Office indicated that it would promptly notify the Court of any action by the Fifth Circuit and would request an additional stay if necessary.

    I write now to inform the Court that the Fifth Circuit this week granted the Government's petition for a rehearing en banc, stayed the mandate, and issued a scheduling order for briefing and oral argument. For the reasons discussed more fully in this Office's letter of April 10, 2006, a decision in the Fifth Circuit may directly impact the arguments the Government makes in this case. Accordingly, I respectfully request that the Court continue the stay in this matter until twenty days after the Fifth Circuit issues a decision following rehearing.

    I thank the Court for its consideration of this request.

Respectfully,

MICHEL J. GARCIA
United States Attorney

By: *Danna Drori*
DANNA DRORI (DD-7690)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2689
Facsimile: (212) 637-2686

*So ordered*
*Sweet USDJ*
*11-15-06*

cc: **By Facsimile**
    James L. Kerr, Esq.
    Victor A. Machcinski, Jr., Esq.
    Sharon L. Schneier, Esq.
    David J. Strachman, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/06